IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JARROD HUDSON**                                                                   **PLAINTIFF**

v.                        Case No. 1:16-cv-00129 KGB/BD

**JEREMY ALMAN**, *et al*.                                             **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 3). The parties have not filed objections, and the time to file objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Jarrod Hudson's claims are dismissed without prejudice based on his failure to address the filing fee requirement, as ordered. The Clerk is directed to close this case.

It is so ordered this 6th day of December, 2016.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE