IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JARROD HUDSON**                                                                                                         **PLAINTIFF**

**v.**                               **Case No. 1:16-cv-00129 KGB/BD**

**JEREMY ALMAN**, *et al*.                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

It is so ordered this 6th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE